# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JON PIERRE A. BRADLEY ) | |
| ) | No. 17-29371 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the July 20, 2018 Agreed Order is hereby given to Jon Pierre A. Bradley and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $353.89 per month toward the arrearage on his post-petition assessment account with Creditor Wesglen Parkside Condominium Association and remain current on the accruing assessments. The remaining unpaid balance should have been current as of April 1, 2019. However, the actual balance on the post-petition account is $1,074.08. Therefore, Debtor is in default under the Agreed Order in the amount of $1,074.08.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $1,074.08 by cashier's check or money order made payable to Wesglen Parkside Condominium Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than April 23, 2019. If the amount of $1,074.08 is not paid by April 23, 2019 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Wesglen Parkside Condominium Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

                                           WESGLEN PARKSIDE CONDOMINIUM
                                           ASSOCIATION

                                    By: _____
                                             One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

# Account History Report
## Wesglen Parkside Condo Assoc

**Jon-Pierre A. Bradley (Post)**  00226-5869

Community Address: 153 Azalea Circle
Romeoville, IL 60446

Date Settled: Fri Sep 29, 2017
Unit Type: 01 - Unit Type 01

Mailing Address: 153 Azalea Circle
Romeoville, IL 60446

Last payment date: Fri Feb 22, 2019
Last payment amount: 600.00
Current balance: 1,224.08

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 04/01/2018 | Opening Balance | 1,415.69 | | 1,415.69 | | | |
| 04/15/2018 | Late Fee | 25.00 | | 1,440.69 | | Late Fee | Late Fee: 04/15/2018 |
| 04/23/2018 | Check | | -340.00 | 1,100.69 | | 1519004 | Keay & Costello |
| 05/01/2018 | Master Association Assessn | 50.00 | | 1,150.69 | | Monthly Charges | Recurring Charges: 05/01/2018 |
| 05/01/2018 | Monthly Assessment | 126.30 | | 1,276.99 | | Monthly Charges | Recurring Charges: 05/01/2018 |
| 05/15/2018 | Late Fee | 25.00 | | 1,301.99 | | Late Fee | Late Fee: 05/15/2018 |
| 06/01/2018 | Master Association Assessn | 50.00 | | 1,351.99 | | Monthly Charges | Recurring Charges: 06/01/2018 |
| 06/01/2018 | Monthly Assessment | 126.30 | | 1,478.29 | | Monthly Charges | Recurring Charges: 06/01/2018 |
| 06/15/2018 | Late Fee | 25.00 | | 1,503.29 | | Late Fee | Late Fee: 06/15/2018 |
| 06/25/2018 | Check | | -350.00 | 1,153.29 | | 1566764 | Keay & Costello |
| 07/01/2018 | Master Association Assessn | 50.00 | | 1,203.29 | | Monthly Charges | Recurring Charges: 07/01/2018 |
| 07/01/2018 | Monthly Assessment | 126.30 | | 1,329.59 | | Monthly Charges | Recurring Charges: 07/01/2018 |
| 07/15/2018 | Late Fee | 25.00 | | 1,354.59 | | Late Fee | Late Fee: 07/15/2018 |
| 07/20/2018 | Legal Fee | 793.75 | | 2,148.34 | | 89168 | Legal Fee - BK |
| 08/01/2018 | Master Association Assessn | 50.00 | | 2,198.34 | | Monthly Charges | Recurring Charges: 08/01/2018 |
| 08/01/2018 | Monthly Assessment | 126.30 | | 2,324.64 | | Monthly Charges | Recurring Charges: 08/01/2018 |
| 08/06/2018 | Check | | -531.00 | 1,793.64 | | 1538248 | KEAY & COSTELLO P.C. |
| 08/15/2018 | Late Fee | 25.00 | | 1,818.64 | | Late Fee | Late Fee: 08/15/2018 |
| 09/01/2018 | Master Association Assessn | 50.00 | | 1,868.64 | | Monthly Charges | Recurring Charges: 09/01/2018 |
| 09/01/2018 | Monthly Assessment | 126.30 | | 1,994.94 | | Monthly Charges | Recurring Charges: 09/01/2018 |
| 09/15/2018 | Late Fee | 25.00 | | 2,019.94 | | Late Fee | Late Fee: 09/15/2018 |
| 09/24/2018 | Check | | -531.00 | 1,488.94 | | 1599361 | Keay & Costello |
| 10/01/2018 | Master Association Assessn | 50.00 | | 1,538.94 | | Monthly Charges | Recurring Charges: 10/01/2018 |
| 10/01/2018 | Monthly Assessment | 126.30 | | 1,665.24 | | Monthly Charges | Recurring Charges: 10/01/2018 |
| 10/15/2018 | Late Fee | 25.00 | | 1,690.24 | | Late Fee | Late Fee: 10/15/2018 |
| 10/16/2018 | Check | | -531.00 | 1,159.24 | | 1609804 | Keay & Costello |
| 11/01/2018 | Master Association Assessn | 50.00 | | 1,209.24 | | Monthly Charges | Recurring Charges: 11/01/2018 |
| 11/01/2018 | Monthly Assessment | 126.30 | | 1,335.54 | | Monthly Charges | Recurring Charges: 11/01/2018 |
| 11/15/2018 | Late Fee | 25.00 | | 1,360.54 | | Late Fee | Late Fee: 11/15/2018 |
| 11/16/2018 | Check | | -250.00 | 1,110.54 | | 1599429 | Keay & Costello |
| 11/30/2018 | Check | | -281.00 | 829.54 | | 1623003 | KEAY & COSTELLO, P.C. |
| 12/01/2018 | Master Association Assessn | 50.00 | | 879.54 | | Monthly Charges | Recurring Charges: 12/01/2018 |
| 12/01/2018 | Monthly Assessment | 126.30 | | 1,005.84 | | Monthly Charges | Recurring Charges: 12/01/2018 |
| 12/15/2018 | Late Fee | 25.00 | | 1,030.84 | | Late Fee | Late Fee: 12/15/2018 |
| 01/01/2019 | Master Association Assessn | 52.00 | | 1,082.84 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 01/01/2019 | Monthly Assessment | 127.56 | | 1,210.40 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 01/15/2019 | Late Fee | 25.00 | | 1,235.40 | | Late Fee | Late Fee: 01/15/2019 |
| 02/01/2019 | Master Association Assessn | 52.00 | | 1,287.40 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 02/01/2019 | Monthly Assessment | 127.56 | | 1,414.96 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 02/15/2019 | Late Fee | 25.00 | | 1,439.96 | | Late Fee | Late Fee: 02/15/2019 |
| 02/22/2019 | Check | | -600.00 | 839.96 | | 1677707 | Keay & Costello |
| 03/01/2019 | Master Association Assessn | 52.00 | | 891.96 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/01/2019 | Monthly Assessment | 127.56 | | 1,019.52 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | 1,044.52 | | Late Fee | Late Fee: 03/15/2019 |
| 04/01/2019 | Master Association Assessn | 52.00 | | 1,096.52 | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/01/2019 | Monthly Assessment | 127.56 | | 1,224.08 | | Monthly Charges | Recurring Charges: 04/01/2019 |

*Late Fee Credit (150.00)*     *1,074.08*